Received From
SEATTLE

MAY 0 9 2006

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

MAY 05 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> v. ) <br> LARRY ROBERT FRAZIER ) <br> Defendant, ) <br> and ) <br> COLUMBIA LUTHERAN HOME ) <br> Garnishee. ) | No. MS 06-5010 <br><br> ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT |

THIS MATTER having come before this Court upon the United States of America's Application for an Order to issue a Writ of Continuing Garnishment against Columbia Lutheran Home, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Columbia Lutheran Home whose address is Attn: Fidencio Neri, Payroll, 4700 Phinney Ave N Seattle, WA 98103.

DATED this 10 day of May, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ANASTASIA D. BARTLETT
Assistant United States Attorney

06-MC-05010-ORD

TORNEY
uite 5220
3101-1271