06-MC-05010-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ROBERT FRAZIER<br><br>    Defendant,<br><br>    and<br><br>COLUMBIA LUTHERAN HOME<br><br>    Garnishee. | No. MS06-5010<br><br>GARNISHEE ORDER |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on or about _June 26_, 2006, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, and that Garnishee was indebted to Defendant.

On _June 17_, 2006, Defendant was notified of the right to a hearing and has not requested a hearing to determine exempt property.

Garnishee Order -1
381.wp

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS ORDERED that Garnishee pay the sum of $ _176,976.94_ to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

DATED this _2_ day of _August_, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ANASTASIA D. BARTLETT
Assistant United States Attorney

Garnishee Order -2
381.wp